## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 17 cv 10 |
| v. | ) ) | **CLASS ACTION** |
| LAND'S END, INC., a Wisconsin corporation, and JOHN DOES 1-5, | ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND FOR A TEMPROARY STAY OF FURTHER PROCEEDINGS ON THAT MOTION

Upon the accompanying Memorandum of Law, any further papers or argument to be submitted by Plaintiff at a subsequent date, and upon all prior pleadings, Plaintiff GORSS MOTELS, INC., by and through its undersigned counsel, hereby moves this Court for an order:

A. Taking this Motion under submission and deferring further activity on it until after the discovery cutoff date to be set in the Court's upcoming Rule 23 scheduling order, or alternatively;

B. Granting Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23.

Dated: White Plains, New York
January 4, 2017

Respectfully submitted,

s/Aytan Y. Bellin
Aytan Y. Bellin ct28454

**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plaines, NY  10606
Phone: 914-358-5345
Fax: 212-571-0284
Aytan.Bellin@bellinlaw.com

> Brian J. Wanca
> *(motion for pro hac vice admission to be submitted)*
> **ANDERSON + WANCA**
> 3701 Algonquin Road, Suite 500
> Rolling Meadows, IL  60008
> Telephone:  847-368-1500
> Facsimile:  847-368-1501
> bwanca@andersonwanca.com
>
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and a copy will be served on Defendant(s) along with the summons and complaint.


                                            s/Aytan Y. Bellin