UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAND'S END, INC., a Wisconsin corporation, and JOHN DOES 1-5,<br><br>　　　　　　Defendants. | Civil Action No. 3:17-cv-00010-WWE<br><br>**CLASS ACTION** |

## MOTION FOR ADMISSION OF RYAN M. KELLY TO APPEAR AS VISITING ATTORNEY

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for the admission of Ryan M. Kelly of Anderson + Wanca, 3701 Algonquin Road, Suite 500, Rolling Meadows, Illinois 60008, to appear as a visiting attorney, *pro hac vice,* for Plaintiff Gorss Motels, Inc. in the above-captioned litigation.

Ryan M. Kelly is a member of good standing in the bars of the States of Illinois and Florida; the United States District Court for the Northern District of Illinois; the United States District Court for the Eastern and Western Districts of Michigan; the United States District Court for the Eastern and Western Districts of Wisconsin; the United States District Court for the Northern District of Ohio; the United States District Court for the Southern and Middle Districts of Florida, the United States District Court for the Eastern District of Missouri, and the United States District Court for the Northern District of Indiana. Ryan M. Kelly has not been denied admission to or been disciplined by this court or any other court.

This motion is based on the Declaration of Ryan M. Kelly, which is submitted concurrently herewith.

Dated:  January 30, 2017

Respectfully submitted,

/s/Aytan Y. Bellin
Aytan Y. Bellin  (CT28454)
**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plaines, NY   10606
Phone: 914-358-5345
Fax:  212-571-0284
Aytan.Bellin@bellinlaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Aytan Y. Bellin