# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br><br>        v.<br><br>LAND'S END, INC., a Wisconsin corporation, and JOHN DOES 1-5,<br><br>        Defendants. | Civil Action No. 3:17-cv-00010-WWE<br><br>**CLASS ACTION**<br><br><br><br>APRIL 6, 2017 |

## DEFENDANT'S LANDS END, INC.'S MOTION TO ADMIT ATTORNEY CHRISTINE M. REILLY *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), Christopher L. Jefford of Bonner Kiernan Trebach & Crociata LLP, counsel to Defendant Lands' End, Inc. ("Defendant"), hereby moves to admit Attorney Christine M. Reilly to practice as a Visiting Attorney on behalf of the Defendant before this Court in this case. In support of this Motion, Defendant has attached an affidavit of Attorney Reilly. As Attorney Reilly avers in her Affidavit:

1. Attorney Reilly is of good moral and professional character and is a current member in good standing of the Bar of the State of California (admitted on August 03, 2003) She is also admitted to practice before the following Courts:

   a. United States District Court for Central District of California (admitted January 06, 2005);

   b. United States District Court for Southern District of California (admitted April 11, 2005).

   c. United States District Court for Eastern District of California (admitted December 05, 2005).

      d.  United States District Court for Northern District of California (admitted March 03, 2006);

      e.  United States District Court for District of Colorado (admitted May 07, 2015).

      f.  United States Court of Appeals for the Ninth Circuit (admitted October 9, 2014).

      g.  United States Court of Appeals for the Second Circuit (admitted January 29, 2016).

      h.  Supreme Court of the United States (admitted August 28, 2015).

2.    Attorney Reilly has never been expelled or suspended from any Bar, and there are no disciplinary proceedings pending against her.

3.    Attorney Reilly is an attorney at Manatt, Phelps & Phillips, LLP, 11355 W. Olympic Blvd., Los Angeles, CA 90064 (telephone: 310.312.4237, facsimile: 310.996.7037, e-mail: creilly@manatt.com).

4.    Attorney Reilly understands that, if the Court grants this Motion, she will be subject to disciplinary jurisdiction of this Court. She has designated the undersigned, Christopher L. Jefford, her sponsoring attorney, as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission. If granted admission *pro hac vice*, Attorney Reilly would act as counsel for the Defendant, and Attorney Jefford would remain actively associated as local counsel throughout all phases of this case, and will be present at trial and all hearings, as required under the Connecticut Local Rules of Procedure.

5.    Attorney Reilly has reviewed fully and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

3

**WHEREFORE**, the Defendant Lands' End, Inc., respectfully moves this Court to admit Attorney Christine M. Reilly *pro hac vice* for the limited purpose of representing the Defendant. The payment of the $75.00 fee for this Motion has been made to the Clerk of this Court.

Respectfully submitted,

DEFENDANT, LANDS' END, INC.

      /s/ Christopher L. Jefford
Christopher L. Jefford, Esq.
Bonner Kiernan Trebach & Crociata, LLP
100 Pearl Street, 14th Floor
Hartford, CT 06103
800-840-5087
(fax) 9860) 249-8800
Federal I.D. No.: 26975
cjefford@bonnerkiernan.com

## **CERTIFICATION**

    I hereby certify that on this date a copy of foregoing **Defendant Lands' End, Inc.'s Motion To Admit Attorney Christine M. Reilly** *Pro Hac Vice* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Christopher L. Jefford
Christopher L. Jefford

204010128.1