# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:17-cv-00010-WWE |
| | ) | |
| v. | ) | **CLASS ACTION** |
| | ) | |
| LAND'S END, INC., a Wisconsin corporation, and JOHN DOES 1-5, | ) ) | |
| | ) | |
| Defendants. | ) | APRIL 6, 2017 |

## DEFENDANT'S LANDS END, INC.'S MOTION TO ADMIT ATTORNEY DIANA L. EISNER *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), Christopher L. Jefford of Bonner Kiernan Trebach & Crociata LLP, counsel to Defendant Lands' End, Inc. ("Defendant"), hereby moves to admit Attorney Diana L. Eisner to practice as a Visiting Attorney on behalf of the Defendant before this Court in this case.  In support of this Motion, Defendant has attached an affidavit of Attorney Eisner.  As Attorney Eisner avers in her Affidavit:

1.      Attorney Eisner is of good moral and professional character and is a current member in good standing of the Bar of the State of New Jersey (admitted **11/3/2010**) the Bar of the Commonwealth of Pennsylvania (admitted **10/25/2010**), and the Bar of District of Columbia (admitted **1/9/2017**).  She is also admitted to practice before the following Courts:

   a.   United States District Court for Eastern District of Pennsylvania  (admitted **9/23/2011**);

   b.   United States District Court for District of New Jersey (admitted **10/2011**);

   c.   United States Court of Appeals for the Third Circuit (admitted **5/2012**); and

      d.  United States Court of Appeals for the Second Circuit (admitted **9/24/2014**)

2.      Attorney Eisner has never been expelled or suspended from any Bar, and there are no disciplinary proceedings pending against her.

3.      Attorney Eisner is an attorney at Manatt, Phelps & Phillips, LLP, 1050 Connecticut Avenue, NW, Suite 600, Washington, DC 20036 (telephone: 202.585.6576, facsimile: 202.637.1576, e-mail: deisner@manatt.com).

4.      Attorney Eisner understands that, if the Court grants this Motion, she will be subject to disciplinary jurisdiction of this Court.  She has designated the undersigned, Christopher L. Jefford, her sponsoring attorney, as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission.  If granted admission *pro hac vice*, Attorney Eisner, in addition to visiting attorney Christine M. Reilly, would act as counsel for the Defendant, and Attorney Jefford would remain actively associated as local counsel throughout all phases of this case, and will be present at trial and all hearings, as required under the Connecticut Local Rules of Procedure.

5.      Attorney Eisner has reviewed fully and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

**WHEREFORE**, the Defendant Lands' End, Inc., respectfully moves this Court to admit Attorney Diana L. Eisner *pro hac vice* for the limited purpose of representing the Defendant.  The payment of the $75.00 fee for this Motion has been made to the Clerk of this Court.

Respectfully submitted,

DEFENDANT, LANDS' END, INC.

_____ /s/ Christopher L. Jefford _____
Christopher L. Jefford, Esq.
Bonner Kiernan Trebach & Crociata, LLP
100 Pearl Street, 14th Floor
Hartford, CT 06103
800-840-5087
(fax) 9860) 249-8800
Federal I.D. No.:  26975
cjefford@bonnerkiernan.com

**CERTIFICATION**

I hereby certify that on this date a copy of foregoing **Defendant Lands' End, Inc.'s Motion To Admit Attorney Diana L. Eisner** *Pro Hac Vice* was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____ /s/ Christopher L. Jefford _____
Christopher L. Jefford

204003335.1

3