# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

GORSS MOTELS, INC.,

      Plaintiff,                                Case No. 3:17cv0010 (VAB)

      v.

LANDS' END, INC.,

      Defendants.

## **JUDGMENT**

This matter came before the Honorable Victor A. Bolden, United States District Judge, as a result of Defendant's Motion for Summary Judgment (Doc. 93); and

The Court having considered the full record of the case including applicable principles of law, on January 16, 2020, entered a ruling granting the motion; it is therefore

ORDERED, ADJUDGED and DECREED that Judgment is entered for the defendant against the plaintiff and the case is closed.

Dated at Bridgeport, Connecticut, this 17th day of January, 2020.

                                                        ROBIN D. TABORA, CLERK

                                                        By:   /s/ Susan Imbriani
                                                               Susan Imbriani
                                                                Deputy Clerk

EOD: 1/17/2020