# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., individually and as the representative of a class of similarly-situated persons, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:17-cv-00010-VAB |
| v. | ) |
| LANDS' END, INC. and JOHN DOES 1-5, | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Gorss Motels, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from (1) the Ruling & Order on Motion for Summary Judgment, entered January 16, 2020 (Doc. 126); (2) the Order denying Plaintiff's Motion for Class Certification, entered January 16, 2020 (Doc. 127); and (3) the Judgment in favor of Defendant Land's End, Inc., entered January 17, 2020 (Doc. 128).

Respectfully submitted,

GORSS MOTELS, INC., individually and as the representative of a class of similarly-situated persons

By: /s/ Ryan M. Kelly
Ryan M. Kelly ct30230

Aytan Y. Bellin
**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plaines, NY 10606
Telephone: (914) 358-5345
Facsimile: (212) 571-0284
Aytan.Bellin@bellinlaw.com

Ryan M. Kelly
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
rkelly@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

 /s/ Ryan M. Kelly
Ryan M. Kelly – ct30230
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com